**IT IS ORDERED as set forth below:**

**Date: August 13, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 26-55070-PWB |
| ERAYE REALTY LLC, | : | CHAPTER 7 |
| Debtor. | : | JUDGE BONAPFEL |

**ORDER APPROVING**
**SETTLEMENT AGREEMENT UNDER RULE 9019**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

On July 19, 2026, Neil C. Gordon, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Eraye Realty LLC ("**Debtor**"), filed a *Motion for an Order Approving Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 14] (the "**Settlement Motion**"), and related papers with the Court, seeking an order, among other things, approving the *Joint Stipulation and Settlement Agreement* (the "**Settlement Agreement**") between Trustee and F Street Investments LLC ("**F Street,**" and together, the "**Parties**").

The Settlement Agreement provides, *inter alia,*[1] the Parties reached an agreement subject to Bankruptcy Court approval, whereby F Street consents to Trustee's sale of the Commercial Properties[2] pursuant to 11 U.S.C. §§ 363(b) and (f), and Trustee agrees to employ Maltz Auctions as his auctioneer to conduct an auction sale of the Commercial Properties. The exact terms of the Settlement Agreement are set forth in Exhibit "A" to the Settlement Motion.

Also on July 19, 2026, Trustee filed his *Notice of Trustee's Motion for an Order Approving Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure; Deadline to Object; and for Hearing* [Doc. No. 15] (the "**Notice**") regarding the Settlement Motion, in accordance with Fifth Amended and Restated General Order No. 24-2018. Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on July 19, 2026 [Doc. No. 16]. The Notice provided notice of the opportunity to object whereupon a hearing would be held on August 27, 2026, at 10:00 AM., pursuant to the procedures set forth in Fifth Amended and Restated General Order No. 24-2018. No response or objection to the Settlement Motion was filed prior to the objection deadline provided in the Notice.

---

[1] The following is a summary of the Settlement Agreement and is not intended to be comprehensive. To the extent that anything in this summary is contrary to the terms of the Settlement Agreement, the Settlement Agreement shall control.

[2] In the Settlement Motion, the Commercial Properties is defined collectively as the Bankruptcy Estate's ownership interest in (i) that certain commercial real property known generally as 729 State Route 31, Macedon, Wayne County, New York, 14502, consisting of approximately 111-acre industrial warehouse and manufacturing complex; and (ii) that certain commercial real property known generally as 121 Maben Industrial Park Road, Maben Oktibbeha County, Mississippi 397520, consisting of approximately 193,131 square feet industrial facility on 61.37 acres.

The Court having considered the Settlement Motion and all other matters of record, including the lack of objection to the relief requested in the Settlement Motion, and based on the foregoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief request in the Settlement Motion, it is hereby

**ORDERED** that the Settlement Motion is **GRANTED:** the Settlement Agreement is approved, and its terms are incorporated herein. It is further

**ORDERED** that Trustee may take any other actions necessary to effectuate the terms of the Settlement Agreement. It is further

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, (ii) resolve any disputes regarding or concerning the Settlement Agreement, and (iii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

Order prepared and presented by:

GORDON & PETTIE, LLC
*Attorneys for Trustee*

By: */s/ Neil C. Gordon*
Neil C. Gordon
Georgia Bar No. 302387
1600 Parkwood Circle, SE, Suite 500
Atlanta, Georgia 30339
Tele: (404) 855-2973
Email: *ngordon@gordonpettie.com*

**Identification of entities to be served:**

Office of the United States Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Neil C. Gordon, Chapter 7 Trustee, Gordon & Pettie, LLC, 1600 Parkwood Circle, SE, Suite 500, Atlanta, GA 30339

F Street Investments, LLC, c/o Thomas E. Austin, Jr., Thomas E. Austin, Jr. LLC, 2451 Cumberland Parkway SE, Suite 3504, Atlanta, GA 30339

Paul Reece Marr, Paul Reece Marr, PC, 6075 Barfield Road, Suite 213, Sandy Springs, GA 30328

Eraye Realty LLC, Suite K, 1404 Parker Road, Conyers, GA 30094